Perry R. Clark (California Bar No. 197101)
LAW OFFICES OF PERRY R. CLARK
825 San Antonio Road
Palo Alto, CA 94303
Telephone: (650) 248-5817
Facsimile: (650) 618-8533
Email: perry@perryclarklaw.com

J. Scott Denko (Texas State Bar No. 00792457) (*Pro Hac Vice*)
Bradley D. Coburn (Texas State Bar No. 24036377) (*Pro Hac Vice*)
R. Floyd Walker (Texas State Bar No. 24044751) (*Pro Hac Vice*)
Sherri A. Wilson (Texas State Bar No. 24075291) (*Pro Hac Vice*)
DENKO COBURN LAUFF LLP
1501 S. MoPac Expy., Suite A315
Austin, TX 78746
Telephone: (512) 906-2074
Facsimile: (512) 906-2075
Email: denko@dcllegal.com
       coburn@dcllegal.com
       walker@dcllegal.com
       wilson@dcllegal.com

Counsel for Defendant and Counterclaim Plaintiff
ENTORIAN TECHNOLOGIES L.P.

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| **POLYSTAK, INC.** | Case No.: 12-CV-1048 JSW |
| Plaintiff, | |
| v. | STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS |
| **ENTORIAN TECHNOLOGIES L.P.**, | |
| Defendant. | |
| **ENTORIAN TECHNOLOGIES L.P.**, | |
| Counterclaim Plaintiff, | |
| v. | |
| **POLYSTAK, INC.**, | |

STIPULATION AND [PROPOSED]
ORDER SELECTING ADR PROCESS
Case No.: 12-CV-1048 JSW

| | |
|---|---|
| 1 | **FUSION-IO, INC.,** ) |
| 2 | ) |
| | **Counterclaim Defendants.** ) |
| 3 | ) |

4  Counsel report that they have met and conferred regarding ADR and have reached the

5  following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

6  The parties agree to participate in the following ADR process:

7  **Court Processes**:

8  ☐ Non-binding Arbitration (ADR L.R. 4)

9  ☐ Early Neutral Evaluation (ENE) (ADR L.R. 5)

10 ☑ Mediation (ADR L.R. 6)

11 **The parties agree to hold the ADR session by**:

12 ☑ The presumptive deadline (The deadline is 90 days from the date of the order

13 referring the case to an ADR process unless otherwise ordered.)

14 ☐ Other requested deadline _____

15

16                                                                            Respectfully Submitted,

Date: May 25, 2012                          ____*/s/ Perry R. Clark*____

17                                                                             Perry R. Clark

                                                              LAW OFFICES OF PERRY R. CLARK

18                                                              825 San Antonio Road

                                                             Palo Alto, CA 94303

19                                                             Telephone: (650) 248-5817

                                                            Facsimile: (650) 618-8533

20                                                             Email: perry@perryclarklaw.com

21                                                             J. Scott Denko

                                                            (Texas State Bar No. 00792457)

22                                                             Bradley D. Coburn

                                                            (Texas State Bar No. 24036377)

23                                                             R. Floyd Walker

                                                            (Texas State Bar No. 24044751)

24 STIPULATION AND [~~PROPOSED~~]
ORDER SELECTING ADR PROCESS
Case No.: 12-CV-1048 JSW             1

|   |   |
|---|---|
| 1 | Sherri A. Wilson |
| 2 | (Texas State Bar No. 24075291) |
|   | DENKO COBURN LAUFF LLP |
| 3 | 1501 So. MoPac Expy., Suite A315 |
|   | Austin, TX 78746 |
| 4 | Telephone: (512) 906-2074 |
|   | Facsimile: (512) 906-2075 |
| 5 | Email: denko@dcllegal.com |
|   | coburn@dcllegal.com |
| 6 | walker@dcllegal.com |
|   | wilson@dcllegal.com |

*Counsel for Defendant and Counterclaim Plaintiff Entorian Technologies, Inc.*

Date: May 25, 2012            /s/ Andrew Choung
                              Andrew Choung
                              GLASER WEIL FINK JACOBS
                              HOWARD AVCHEN & SHAPIRO LLP
                              10250 Constellation Boulevard, 19th Floor
                              Los Angeles, California 90067
                              Telephone: (310) 553-3000
                              Facsimile: (310) 556-2920

*Counsel for Plaintiff and Counterclaim Defendant Polystak, Inc. and Counterclaim Defendant Fusion-io, Inc.*

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: May 29, 2012

_____
Hon. Jeffrey S. White
United States District Judge

STIPULATION AND [PROPOSED]
ORDER SELECTING ADR PROCESS
Case No.: 12-CV-1048 JSW            2