Perry R. Clark (California Bar No. 197101)
LAW OFFICES OF PERRY R. CLARK
825 San Antonio Road
Palo Alto, CA 94303
Telephone: (650) 248-5817
Facsimile: (650) 618-8533
Email: perry@perryclarklaw.com

J. Scott Denko (Texas State Bar No. 00792457) (*Pro Hac Vice*)
Bradley D. Coburn (Texas State Bar No. 24036377) (*Pro Hac Vice*)
R. Floyd Walker (Texas State Bar No. 24044751) (*Pro Hac Vice*)
Sherri A. Wilson (Texas State Bar No. 24075291) (*Pro Hac Vice*)
DENKO COBURN LAUFF LLP
1501 S. MoPac Expy., Suite A315
Austin, TX 78746
Telephone: (512) 906-2074
Facsimile: (512) 906-2075
Email: denko@dcllegal.com
      coburn@dcllegal.com
      walker@dcllegal.com
      wilson@dcllegal.com

Counsel for Defendant and Counterclaim Plaintiff
ENTORIAN TECHNOLOGIES L.P.

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **POLYSTAK, INC.** ) | Case No.: 12-CV-1048 JSW |
| ) | |
|     **Plaintiff,** ) | |
| ) | |
|     v. ) | **STIPULATION AND [PROPOSED]** |
| ) | **ORDER SELECTING ADR PROCESS** |
| **ENTORIAN TECHNOLOGIES L.P.,** ) | |
| ) | |
|     **Defendant.** ) | |
| ) | |
| **ENTORIAN TECHNOLOGIES L.P.,** ) | |
| ) | |
|     **Counterclaim Plaintiff,** ) | |
| ) | |
|     v. ) | |
| ) | |
| **POLYSTAK, INC.,** ) | |

| | |
|---|---|
| **FUSION-IO, INC.,** | ) |
| | ) |
| **Counterclaim Defendants.** | ) |
| | ) |

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in the following ADR process:

**Court Processes**:

☐ Non-binding Arbitration (ADR L.R. 4)

☐ Early Neutral Evaluation (ENE) (ADR L.R. 5)

☑ Mediation (ADR L.R. 6)

**The parties agree to hold the ADR session by**:

☑ The presumptive deadline (The deadline is 90 days from the date of the order referring the case to an ADR process unless otherwise ordered.)

☐ Other requested deadline _____

Respectfully Submitted,

Date: May 25, 2012    ____/s/ Perry R. Clark_____
            Perry R. Clark
            LAW OFFICES OF PERRY R. CLARK
            825 San Antonio Road
            Palo Alto, CA 94303
            Telephone: (650) 248-5817
            Facsimile: (650) 618-8533
            Email: perry@perryclarklaw.com

            J. Scott Denko
            (Texas State Bar No. 00792457)
            Bradley D. Coburn
            (Texas State Bar No. 24036377)
            R. Floyd Walker
            (Texas State Bar No. 24044751)

STIPULATION AND [PROPOSED]
ORDER SELECTING ADR PROCESS
Case No.: 12-CV-1048 JSW            1

|   |   |
|---|---|
|   | Sherri A. Wilson<br>(Texas State Bar No. 24075291)<br>DENKO COBURN LAUFF LLP<br>1501 So. MoPac Expy., Suite A315<br>Austin, TX 78746<br>Telephone: (512) 906-2074<br>Facsimile: (512) 906-2075<br>Email: denko@dcllegal.com<br>coburn@dcllegal.com<br>walker@dcllegal.com<br>wilson@dcllegal.com<br><br>*Counsel for Defendant and Counterclaim Plaintiff Entorian Technologies, Inc.* |
| Date: May 25, 2012 |     /s/ Andrew Choung<br>Andrew Choung<br>GLASER WEIL FINK JACOBS<br>HOWARD AVCHEN & SHAPIRO LLP<br>10250 Constellation Boulevard, 19th Floor<br>Los Angeles, California 90067<br>Telephone: (310) 553-3000<br>Facsimile: (310) 556-2920<br><br>*Counsel for Plaintiff and Counterclaim Defendant Polystak, Inc. and Counterclaim Defendant Fusion-io, Inc.* |

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: May 29, 2012

                                                                                                  */s/ Jeffrey S. White*<br>
                                                  Hon. Jeffrey S. White<br>
                                                  United States District Judge