Perry R. Clark
California Bar No. 197101
LAW OFFICES OF PERRY R. CLARK
825 San Antonio Road
Palo Alto, CA 94303
Tel: (650) 248-5817
Fax: (650) 618-8533
perry@perryclarklaw.com

J. Scott Denko, *pro hac vice*
Texas State Bar No. 00792457
Bradley D. Coburn, *pro hac vice*
Texas State Bar No. 24036377
R. Floyd Walker, *pro hac vice*
Texas State Bar No. 24044751
Sherri A. Wilson, *pro hac vice*
Texas State Bar No. 24075291
DENKO COBURN LAUFF LLP
1501 S MoPac Expy; Ste. A315
Austin, Texas 78746
Tel: (512) 906-2074
Fax: (512) 906-2075
denko@dcllegal.com
coburn@dcllegal.com
walker@dcllegal.com
wilson@dcllegal.com

Counsel for Defendant and Counterclaim Plaintiff
**ENTORIAN TECHNOLOGIES L.P.**

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| POLYSTAK, INC., <br>        Plaintiff <br><br> v. <br><br> ENTORIAN TECHNOLOGIES L.P., <br>        Defendant. <br> ENTORIAN TECHNOLOGIES L.P., <br>        Counterclaim Plaintiff, <br><br> v. <br><br> POLYSTAK, INC., <br> FUSION-IO, INC., <br>        Counterclaim Defendants. | CIV. NO. 12-CV-1048 JSW (JCS) <br><br> STIPULATION AND [PROPOSED] ORDER SUBSTITUTING ENTORIAN TECHNOLOGIES L.P. WITH ENTORIAN TECHNOLOGIES INC. AS THE DEFENDANT/COUNTERCLAIM PLAINTIFF AND REAL PARTY IN INTEREST PURSUANT TO FED. R. CIV. P. 17(A)(3) |

Plaintiff/Counterclaim Defendant Polystak, Inc. and Counterclaim Defendant Fusion-io, Inc. hereby stipulate with Defendant/Counterclaim Plaintiff Entorian Technologies L.P. to substitute Entorian Technologies Inc. as the Defendant/Counterclaim Plaintiff and real party in interest pursuant to Fed. R. Civ. P. 17(a)(3).

| | |
|---|---|
| Dated:  June 18, 2012 | Respectfully submitted, |
| | ATTORNEYS FOR DEFENDANT/COUNTERLCLAIM PLAINTIFF ENTORIAN TECHNOLOGIES L.P. |
| | /s/ *Perry Clark* |
| | Perry R. Clark |
| | LAW OFFICES OF PERRY R. CLARK |
| | 825 San Antonio Road |
| | Palo Alto, CA 94303 |
| | Telephone: (650) 248-5817 |
| | Facsimile: (650) 618-8533 |
| | Email: perry@perryclarklaw.com |
| | J. Scott Denko (Pro Hac Vice) |
| | (Texas State Bar No. 00792457) |
| | Bradley D. Coburn (Pro Hac Vice) |
| | (Texas State Bar No. 24036377) |
| | R. Floyd Walker (Pro Hac Vice) |
| | Texas State Bar No.  24044751 |
| | Sherri A. Wilson, (Pro Hac Vice) |
| | Texas State Bar No. 24075291 |
| | DENKO COBURN LAUFF LLP |
| | 1501 S MoPac Expy; Ste. A315 |
| | Austin, Texas 78746 |
| | Telephone: (512) 906-2074 |
| | Facsimile: (512) 906-2075 |
| | Email: denko@dcllegal.com |
| | coburn@dcllegal.com |
| | walker@dcllegal.com |
| | wilson@dcllegal.com |
| Dated:  June 18, 2012 | Respectfully submitted, |
| | ATTORNEYS FOR PLAITNIFF/COUNTERLCLAIM DEFENDANT POLYSTAK, INC. AND COUNTERLCLAIM DEFENDANT FUSION |

| | |
|---|---|
| 1 | I-O, INC. |
| 2 | /s/ *Avraham Schwartz* |
| | Avraham Schwartz |
| 3 | Adrian M. Pruetz - State Bar No. 118215 |
| | Andrew Choung - State Bar No. 203192 |
| 4 | Erica J. Van Loon - State Bar No. 227712 |
| | Avraham Schwartz - State Bar No. 260591 |
| 5 | GLASER WEIL FINK JACOBS |
| | HOWARD AVCHEN & SHAPIRO LLP |
| 6 | 10250 Constellation Boulevard, 19th Floor |
| | Los Angeles, California 90067 |
| 7 | Telephone: (310) 553-3000 |
| | Facsimile: (310) 556-2920 |
| 8 | Email: apruetz@glaserweil.com |
| | evanloon@glaserweil.com |
| 9 | aschwartz@glaserweil.com |

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: June 25, 2012

_____
HON. JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE