Perry R. Clark
California Bar No. 197101
LAW OFFICES OF PERRY R. CLARK
825 San Antonio Road
Palo Alto, CA 94303
Tel: (650) 248-5817
Fax: (650) 618-8533
perry@perryclarklaw.com

J. Scott Denko, *pro hac vice*
Texas State Bar No. 00792457
Bradley D. Coburn, *pro hac vice*
Texas State Bar No. 24036377
R. Floyd Walker, *pro hac vice*
Texas State Bar No. 24044751
Sherri A. Wilson, *pro hac vice*
Texas State Bar No. 24075291
DENKO COBURN LAUFF LLP
1501 S MoPac Expy; Ste. A315
Austin, Texas 78746
Tel: (512) 906-2074
Fax: (512) 906-2075
denko@dcllegal.com
coburn@dcllegal.com
walker@dcllegal.com
wilson@dcllegal.com

Counsel for Defendant and Counterclaim Plaintiff
**ENTORIAN TECHNOLOGIES L.P.**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| POLYSTAK, INC.,<br>　　　　Plaintiff<br><br>　　v.<br><br>ENTORIAN TECHNOLOGIES L.P.,<br>　　　　Defendant.<br>ENTORIAN TECHNOLOGIES L.P.,<br>　　　　Counterclaim Plaintiff,<br><br>　　v.<br><br>POLYSTAK, INC.,<br>FUSION-IO, INC.,<br>　　　　Counterclaim Defendants. | CIV. NO. 12-CV-1048 JSW (JCS)<br><br>STIPULATION AND [PROPOSED] ORDER SUBSTITUTING ENTORIAN TECHNOLOGIES L.P. WITH ENTORIAN TECHNOLOGIES INC. AS THE DEFENDANT/COUNTERCLAIM PLAINTIFF AND REAL PARTY IN INTEREST PURSUANT TO FED. R. CIV. P. 17(A)(3) |

Plaintiff/Counterclaim Defendant Polystak, Inc. and Counterclaim Defendant Fusion-io, Inc. hereby stipulate with Defendant/Counterclaim Plaintiff Entorian Technologies L.P. to substitute Entorian Technologies Inc. as the Defendant/Counterclaim Plaintiff and real party in interest pursuant to Fed. R. Civ. P. 17(a)(3).

Dated: June 18, 2012                                Respectfully submitted,

ATTORNEYS FOR DEFENDANT/COUNTERLCLAIM PLAINTIFF ENTORIAN TECHNOLOGIES L.P.

/s/ *Perry Clark*
Perry R. Clark
LAW OFFICES OF PERRY R. CLARK
825 San Antonio Road
Palo Alto, CA 94303
Telephone: (650) 248-5817
Facsimile: (650) 618-8533
Email: perry@perryclarklaw.com

J. Scott Denko (Pro Hac Vice)
(Texas State Bar No. 00792457)
Bradley D. Coburn (Pro Hac Vice)
(Texas State Bar No. 24036377)
R. Floyd Walker (Pro Hac Vice)
Texas State Bar No. 24044751
Sherri A. Wilson, (Pro Hac Vice)
Texas State Bar No. 24075291
DENKO COBURN LAUFF LLP
1501 S MoPac Expy; Ste. A315
Austin, Texas 78746
Telephone: (512) 906-2074
Facsimile: (512) 906-2075
Email: denko@dcllegal.com
coburn@dcllegal.com
walker@dcllegal.com
wilson@dcllegal.com

Dated: June 18, 2012                                Respectfully submitted,

ATTORNEYS FOR PLAITNIFF/COUNTERLCLAIM DEFENDANT POLYSTAK, INC. AND COUNTERLCLAIM DEFENDANT FUSION

STIP. AND [PROPOSED] ORDER RE SUBSTITUTION                                                           PAGE 2
CASE NO.: 12-CV-1048 JSW (JCS)

| | |
|---|---|
| 1 | I-O, INC. |
| 2 | /s/ *Avraham Schwartz* |
|   | Avraham Schwartz |
| 3 | Adrian M. Pruetz - State Bar No. 118215 |
|   | Andrew Choung - State Bar No. 203192 |
| 4 | Erica J. Van Loon - State Bar No. 227712 |
|   | Avraham Schwartz - State Bar No. 260591 |
| 5 | GLASER WEIL FINK JACOBS |
|   | HOWARD AVCHEN & SHAPIRO LLP |
| 6 | 10250 Constellation Boulevard, 19th Floor |
|   | Los Angeles, California 90067 |
| 7 | Telephone: (310) 553-3000 |
|   | Facsimile: (310) 556-2920 |
| 8 | Email: apruetz@glaserweil.com |
|   | evanloon@glaserweil.com |
| 9 | aschwartz@glaserweil.com |

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: June 25, 2012

_____
HON. JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE